## UNITED STATES COURT OF INTERNATIONAL TRADE

### BEFORE: THE HONORABLE JENNIFER CHOE-GROVES

| | |
|---|---|
| GODACO SEAFOOD JOINT STOCK COMPANY, | |
| Plaintiff, | |
| v. | Consol. Court No. 18-00063 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| CATFISH FARMERS OF AMERICA, *et al.*, | |
| Defendant-Intervenors. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff GODACO Seafood Joint Stock Company appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States Court of International Trade entered in this action, *GODACO Seafood Joint Stock Co. v. United States*, Consol. Court No. 18-00063-JCG, on September 27, 2021 (ECF No. 108), including (but not limited to) the: (1) Opinion and Order dated April 1, 2020, Slip Op. 20-42 (ECF No. 73); (2) Opinion and Order dated January 6, 2021, Slip Op. 21-3 (ECF No. 90); and (3) Opinion dated September 27, 2021, Slip Op. 21-131 (ECF No. 107). This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

/s/ Jordan C. Kahn
Andrew B. Schroth
Jordan C. Kahn

2

                                                                                                                                                                        GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

*Counsel to Plaintiff*
*GODACO Seafood Joint Stock Company*

Dated: November 23, 2021

2

9048967_1