NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GODACO SEAFOOD JOINT STOCK COMPANY,**
*Plaintiff-Appellant*

**CAN THO IMPORT-EXPORT JOINT STOCK COMPANY, GOLDEN QUALITY SEAFOOD CORPORATION, VINH QUANG FISHERIES CORPORATION, NTSF SEAFOODS JOINT STOCK COMPANY, GREEN FARMS SEAFOOD JOINT STOCK COMPANY, HUNG VUONG CORPORATION, SOUTHERN FISHERY INDUSTRIES COMPANY, LTD.,**
*Plaintiffs*

v.

**UNITED STATES, SIMMONS FARM RAISED CATFISH, INC., MAGNOLIA PROCESSING, INC., dba Pride of the Pond, HEARTLAND CATFISH COMPANY, GUIDRY'S CATFISH, INC., DELTA PRIDE CATFISH, INC., CONSOLIDATED CATFISH COMPANIES, LLC, dba Country Select Catfish, CATFISH FARMERS OF AMERICA, AMERICA'S CATCH, ALABAMA CATFISH, INC., dba Harvest Select Catfish, Inc.,**
*Defendants-Appellees*

---

2022-1202

---

Appeal from the United States Court of International Trade in Nos. 1:18-cv-00063-JCG, 1:18-cv-00064-JCG, 1:18-cv-00065-JCG, 1:18-cv-00069-JCG, and 1:18-cv-00071-JCG, Judge Jennifer Choe-Groves.

## ON MOTION

## O R D E R

Upon consideration of GODACO Seafood Joint Stock Company's unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is withdrawn.

(2) The parties shall bear their own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

February 16, 2022　　/s/ Peter R. Marksteiner
　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　Clerk of Court

ISSUED AS A MANDATE: February 16, 2022